Globe Consumer Discount Company *v.* City Wide Paint Stores, Inc., Appellant.

Argued December 1, 1966. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused January 17, 1968.

*Abe Lapowsky,* for appellants.

*Philip Shuchman,* for appellee.

OPINION PER CURIAM, November 28, 1967:

The Court being evenly divided, the order of the court below is affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.

---

DISSENTING OPINION BY MR. JUSTICE ROBERTS:

I dissent for the reasons detailed in my dissenting opinion in *All Purpose Finance Corp. v. D'Andrea,* 427 Pa. 341, 235 A. 2d 808 (1967).

Mr. Justice MUSMANNO joins in this dissenting opinion.